Michael E. VAN Sickel II, H-42760,

SAlinAS VAllEy StAtE prison

P.O. BOX 1050

SAledAd CAliforniA

93960

In PRO-PeR

A5103

**FILED**

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

JAN 29 2008

DOCKET                    DATE        INITIAL

CV 08 1179

NINth CIRCuit COurt Of APPeals

---

In Re
MichAel E. VAN Sickel.II
on HAbeas CORpus

Request FOR APPointment
of Counsel and DeclaRAtion
of Indigency

**VRW**

**(PR)**

I (Michael E. VAN Sickel.II) declare that I am petitioneR to the above-
RefeRenced mAtter. That I am incaReRAted at SAlinAS VAlley state prison
And that I am indigent and unable to AffoRd counCel. My total
assets are (one TV set) and my income is $0 peR month

I heReby Request that Cousel be APPointed in this mAtter
So that my inteRest mAy be protected by the professionAl assistAnce
required. In addition, when a court issues an oRdeR to Show
CAuse, Counsel must be APPointed FoR indigent petitioner who
Requested counsel. CAliforniA Rules of Court, Rule 4.551 (c)(2).

TheRe FoR This PetitioneR PRAyes this court FoR Relief
Petitioner is without remedy save by writ of hAbeAs corpus ReveRse
the guilty Finding of the disciplinARy charge. of life with out
no perol. APPoint Counsel and RemAnd Back to county of conviction
FoR retrial on.(U.S.C.A. Const AmEnd.6.) and on Rhoden V. RowlAnd
172. F.3d 633, 99 CAl. DAily OP. SeRv. 2/61.1999 DAily JouRnal D.A R-282 1
united stAtes courts of APPeals Ninth CiRcuit, I declare undeR penAlty of
PeRjuRy that the ForegoinG is true and correct and that this declaRation wAs
executed on(SAlinAS VAlley stAte prison) Michael E. VAn Sickel II 1.27-08

Your Honor

My Name is Michael E. VanSickel[II] and I am coming to you with a letter of injustice. For I am not a lawer for my self. and I lack all of the true skills that it takes to be a member of the Pro-per case workers. Now that my case has been out of the courts for over 8 years now I have come into infermation that tells me that I have the right to be taken back to court for a new trinl, here is the case

Rhoden v. Rowland

172 F.3d 633

99 Cal, Daily op. serv. 2161, 1999 Daily Journal D.A.R. 2821

(United States Courts of Appeals, Ninth Circuith)

(Lawtis Donald Rhoden, Petitioner-Appellant)

Other ground For Appeal. (U.S.C.A. Const Amend. 6.)

(1)  I Michael E. VanSickel ) Do swear under the penalty of purjery that the Fowing statment are true and Honnrble

Michael Edward VanSickel[II]

Michael Edward VanSickel[II]

Date 1-27-08

(2)  I Michael E VanSickel Did indend get hand cuffed in Front of my Jurry when the Honor Asked For a resess by on officer of the Jail that I was in, his name is Officer Mcmichadls with out a Do Jost cass to Do so, it was on Day 3 of a 5 Day Jurry trial

(3) and I Michael E. Van Sickel ✝ Did indeed tell my attorny at law that I and my Family have been Resving threats From the Plublic.

(1) threat came to me by the hells angels telling me that if I beat my case in court that something bad will happen to my Family. that I could beat my case in court that all they wanted of me is to do some time and that was 16 years ago.

(2) threat came to me in the mail telling me that when He First met me He wanted to kill me

(3) threat came to my Dad a man Pulled out a gun on him with a threat to me

(4) threat came to my step mom over the Phone

(5) threat came to my step Brother in the form of a beating by 3 to 4 People that made him have to be taken back to the Hospital to be stitched back together, with the Folwing statement (that this is for little Mike) meaning me) The attorny was told to his ~~time~~ Face by my Self of these threats.

(4) I Michael E. Van Sickel (✝✝) had told his attorny at law that the Jurry had been talking about his cass out of the court Room and to them selfs

(1) JURRY statment a girk she said. I think that He is the Fall guy

(2) JURY statement, a BOY stated wy ARE we here then because he shot the man

(3) I cant rember OR be to shure what He and she said

(5) I Michael E. VAN Sickel II, had to Point it out that there WAS a Knife by the mans hand. the onley Reson why the Knife had been talked about inside the couet Room was because I told him about it. (This knife was not intered into evndence the Police concled evndians .)

(6) I Michael E. Van Sickel" (gave Key evndians to his attorny at law proving that there was no way that I could of shot this man over a women. For the Fact that this man was a man lover. Michael E. Van Sickel II Atorny at Law Did not give this information to the couets. DoJ DA or police my attorny oppening statement You will Find that my client shot him

Your Honor there are other Facts that I could use But I Just wanted to show You that I have truc injustice that I have been Down Your over 16 years on this and at one time I was a good member of the Drug commnty and that I could help Your police out one Day, by being Relensed as a convictd Murder. the man Pulled out a Knife he wanted to kill me First can Prove this in court if given the true chance to Do so

Thank You for your time

## UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT
#### P.O. Box 193939
#### 95 Seventh Street
#### San Francisco, CA. 94119-3939

February 11, 2008

Michael E. Van Sickel #H-42760
A5-103
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA. 93960

Dear Mr. Van Sickel:

This court is in receipt of your recent correspondence to this court. A review of the record reflects no pending cases filed by you in this court. We are a court of limited jurisdiction which means that it can only review cases which have been first filed and then decided in a U.S. District Court within this circuit.

Your correspondence is being returned to you in the event that you wish to pursue your action in the U.S. District Court.

Sincerely,

MOLLY C. DWYER
Acting Clerk of the Court

By:

Joseph Williams
Deputy Clerk

#H42760, A5 103
Salinas Valley State Prison
P.O. Box 1050
Soledad California 93960

IN PRO PER                              U.S. District Court

| in Re | Request For appointment |
| Michael E.Van Sickel[II] | of Counsel and Declaration |
| on Habeas Corpus | Of Indigency |

I (Michael E.Van Sickel[II].) declare that I am Petitioner to the above-
referenced matter. That I am incarcerated at Salinas Valley State Prison
and that I am inyagent and unable to afford counsel. My total assets Are one TV
and my total income is $0 permonth. I hereby request that Counccl be appointed
in this matter. So that my interest may be protected by the professional
assistance required. In addition. When a Court issues an order to show Chase,
counsel must be appointed For indgent Petitioner who Requested council.
California Rules of Court, Rule 4.551(c)(2). There for This Petitioner
     Prayes this court for Relief Petitioner is with out Remedy save by
write of habeas corpus reverse the guilty Finding of the disciplinary
Charge, of life with out no perol. Appoint counsel and Remand Back to
Count·l of conviction For retrial on (U.S.C.A. Const amend. 6.)
and on Rhoden V. Rowland 172, F.3d 633. 99 Cal. Daily op. serv.
2161. 1999 Daily Journal D.AR. -2821 United States courts of appeals
Ninth circuit. I Declare under the penalty of perjury that the
Foregoing is true and correct at that this declaration was
executed at C salinas Valley state prison

Michael E.Van Sickel[II]
2

2-24-08

