Michael E. Van Sickel II
H-42760, A5 103
Salinas Valley State Prison
P.O. Box 1050
Soledad california 93960

IN PRO PER

U.S. District Court

**FILED**

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re<br>Michael E. Van Sickel II<br>On Habeas Corpus | Request For appointment of Counsel and Declaration of Indigency |
|---|---|

I (Michael E. Van Sickel II) declare that I am Petitioner to the above-referenced matter. That I am incarcerated at Salinas Valley State Prison and that I am indigent and unable to afford counsel. My total assets are one TV and my total income is 0$ per month. I hereby request that Counsel be appointed in this matter. So that my interest may be protected by the professional assistance required. In addition, when a court issues an order to Show Cause, Counsel must be appointed For indigent Petitioner who Requested Counsel. California Rules of Court, Rule 4.551(c)(2). There for This Petitioner Prayes this Court for Relief Petitioner is with out Remedy save by write of habeas corpus reverse the guilty Finding of the disciplinary Charge, of life with out no perol. Appoint Counsel and Remand Back to county of conviction For retrial on (U.S.C.A. Const Amend. 6) and on Rhoden V. Rowland 172. F.3d 633. 99 Cal. Daily op. serv. 2161. 1999 Daily Journal D.AR. -2821 United States courts of appeals Ninth circuit. I Declare under the penalty of perjury that the Foregoing is true and correct at that this declaration was executed at (Salinas Valley State prison

Michael E. Van Sickel II
*Michael E. Van Sickel*
2-24-08