1
2
3
4
5
6
7
8
9
10        IN THE UNITED STATES DISTRICT COURT
11        FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
13   MICHAEL E VAN SICKEL,            )
                                      )
14                Petitioner,         )    No. C 08-1179 VRW (PR)
                                      )
15        vs.                         )    ORDER OF TRANSFER
                                      )
16   MICHAEL S EVANS, Warden,         )
                                      )
17                Respondent.         )
                                      )
18   _____

19        Petitioner seeks federal habeas review of his state conviction. The court has
20   verified that said conviction is from the Superior Court of the State of California in and
21   for the County of Tehama, which lies within the venue of the Eastern District of
22   California. See 28 USC § 84(b). Petitioner is incarcerated at Salinas Valley State
23   Prison in Soledad, County of Monterey, which lies within the venue of the Northern
24   District of California. See id § 84(a).
25        Venue is proper in a habeas action in either the district of confinement or the
26   district of conviction, see id.§ 2241(d); however, petitions challenging a conviction
27   preferably are heard in the district of conviction.  See Habeas LR 2254-3(a);
28   Dannenberg v Ingle, 831 F Supp 767, 767 (ND Cal 1993).

1  Because the County of Tehama lies in the Eastern District of California, the court
2  ORDERS that pursuant to 28 USC § 1404(a) and Habeas Local Rule 2254-3(b), and in
3  the interest of justice, this petition be TRANSFERRED to the United States District
4  Court for the Eastern District of California.
5  The clerk shall transfer this matter and terminate all pending motions as moot.
6  SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.08\Van Sickel, M1.or1.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VANSICKEL,

          Petitioner,

  v.

Evans,

          Respondent.

Case Number: C08-1179 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael E. Van Sickel H-42760
Salinas Valley State Prison
A5-103
P.O. Box 1050
Soledad, CA 93960

Dated: March 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk