**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| Richard W. Wieking | | General Court Number |
|---|---|---|
| Clerk | | 415.522.2000 |

April 3, 2008

Eastern District of California
501 I Street
Sacramento, CA  95814-7300

RE: CV 08-01179 VRW  MICHAEL E VAN SICKEL -v- EVANS

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒  Certified copy of docket entries.

    ☒  Certified copy of Transferral Order.

    ☒  Original case file documents.

    ☒  Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

          Sincerely,
          RICHARD W. WIEKING, Clerk

          *Simone Voltz*

          by:  Simone Voltz
          Case Systems Administrator

Enclosures
Copies to counsel of record