UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 3, 2008

**RECEIVED**
APR 0 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Eastern District of California
501 I Street
Sacramento, CA 95814-7300

RE: CV 08-01179 VRW   MICHAEL E VAN SICKEL -v- EVANS

Dear Clerk,

2:08 - CV - 0716 FCD DAD HC

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Simone Voltz
Case Systems Administrator

Enclosures
Copies to counsel of record