SF

Dear Sir/mame

My name is Michael E. Van Sickel II and I am writing to you on behalf of my self casurning the civil case Number of CV-08-1179. it has been several months I have not hurd any thing Back on this matter and I wanted to show you that I am trying to Do something for my self I have taken anyer manag Programe NA, AA programs and this (AVP) I am not the same person as I was when I came in. Thank you for your time Michael

Salinas Valley State Prison
H-43760  A4-236
Michael E. Van Sickel
P.O. Box 1050
Saledad ca
93960

# Certificate

*of completion of a*
*workshop for training in nonviolence*

## Alternatives to Violence Project (AVP)

*This certificate is awarded to*

## Michael Vansickel

*Who has satisfactorily completed the*
*Basic Course in Nonviolent Conflict Resolution*
*under the sponsorship of AVP California*

www.AVPCalifornia.org

Location: Soledad, Salinas Valley State Prison    Date: 20 July, 2008

Facilitators: Robin Keeler    Kay Shender    Betty Devalcourt
Robin Keeler    Kay Shender    Betty Devalcourt

Jonathan L. Davis, Sr.    Steven Baeg